UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHELE LYNETTE PARKER,

    Plaintiff,

    v.

NANCY A. BERRYHILL,

    Acting Commissioner of Social Security,

    Defendant.

Case No. C15-0805RSM

ORDER OF REMAND

Plaintiff, Michele Lynette Parker, initially brought this action pursuant to 42 U.S.C. §§ 405(g), and 1383(c)(3), seeking judicial review of a final decision of the Commissioner of Social Security denying her application for Disability Insurance Benefits and Supplemental Security Income disability benefits, under Title II and Title XVI of the Social Security Act. Dkt. #3. This Court affirmed the Commissioner's decision on December 1, 2015. Dkt. #10. Plaintiff then appealed that decision to the Ninth Circuit Court of Appeals. Dkt. #12. On April 24, 2017, the Ninth Circuit Court of Appeals issued the following Order:

> Pursuant to the parties' stipulation in the settlement agreement (Docket Entry No. 15), the appeal is remanded to the district court. Pursuant to sentence six of 42 U.S.C. § 405(g), the district court shall remand this case for further administrative proceedings.
>
> **REMANDED.**

Dkt. #15 (bold in original). The appeal has since been closed.

ORDER ON SOCIAL SECURITY DISABILITY, PAGE - 1

Accordingly, this Court hereby ORDERS that pursuant to sentence six of 42 U.S.C. § 405(g), this matter is REMANDED for further administrative proceedings in a manner consistent with the parties' settlement agreement.

DATED this 1st day of May 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE