UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELE LYNETTE PARKER, | |
| Plaintiff, | CIVIL NO. 2:15-cv-00805-RSM |
| vs. | |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | ORDER AND JUDGMENT |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED AND ADJUDGED that, pursuant to 42 U.S.C. § 405(g), the Court affirms the November 9, 2017, fully favorable final decision of the Commissioner of Social Security awarding Supplemental Security Income disability benefits to Plaintiff under Title XVI of the Social Security Act.

Judgment is entered for Plaintiff, and this case should be closed

DATED this 21 day of November 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

AMY M. GILBROUGH
AMY M. GILBROUGH,
Attorney for Plaintiff